## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY

| VIRGINIA MARTE<br><br>                    Plaintiff<br><br>vs.<br><br>JEFFREY JOSEPH RASTETTER<br>                    Defendant | CASE NO. – 1:25-CV-00150-RMB-AMD |
|---|---|

### STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby STIPULATED and AGREED that all claims against Defendant, Jeffrey Joseph Rastetter, are hereby dismissed with prejudice without costs.

/s/Ryan J. Mowll                                    Date:   April 8, 2025
**RYAN J. MOWLL, ESQUIRE**
Attorney for Jeffrey Joseph Rastetter


_Anthony Canale_                                    Date:   April 10, 2025
**MARC I. SIMON, ESQUIRE**
**ANTHONY CANALE, ESQUIRE**
Attorney for Plaintiff


Approved on this _____ day of _____, 2025.

BY THE COURT:

_____

J.